# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WENDY TOLMAC,<br><br>                      Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INFORMATION SERVICES LLC, TRANSUNION LLC, and ASSOCIATED BANK NA,<br><br>                      Defendants. | Case No. 23-CV-982-JPS<br><br>**ORDER** |

On July 22, 2023, Plaintiff filed a complaint in the above-captioned matter alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ECF No. 1. On October 30, 2023, Plaintiff filed a notice of voluntary dismissal with prejudice of her claims against Defendant TransUnion, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 25. This Defendant has not served an answer or filed a dispositive motion. Thus, the Court will adopt Plaintiff's notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal, ECF No. 25, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's claims as to Defendant TransUnion, LLC be and the same are hereby **DISMISSED with prejudice**; and

**IT IS FURTHER ORDERED** that Defendant TransUnion, LLC be and the same is hereby **DISMISSED** from this action.

Dated at Milwaukee, Wisconsin, this 31st day of October, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge