# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WENDY TOLMAC,<br><br>                        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INFORMATION SERVICES LLC, and ASSOCIATED BANK NA,<br><br>                        Defendants. | Case No. 23-CV-982-JPS<br><br><br>**ORDER** |

On July 22, 2023, Plaintiff filed a complaint in the above-captioned matter alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ECF No. 1. On November 7, 2023, the parties filed a stipulation for dismissal of Plaintiff's claims as to Defendant Associated Bank, N.A., with prejudice and without costs to either party. ECF No. 28. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court will adopt the parties' stipulation.

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 28, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's claims as to Defendant Associated Bank, N.A. be and the same are hereby **DISMISSED with prejudice**; and

**IT IS FURTHER ORDERED** that Defendant Associated Bank, N.A. be and the same is hereby **DISMISSED** from this action.

Dated at Milwaukee, Wisconsin, this 8th day of November, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge