# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WENDY TOLMAC,<br><br>                               Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC. and EQUIFAX INFORMATION SERVICES LLC,<br><br>                               Defendants. | Case No. 23-CV-982-JPS<br><br><br>**ORDER** |

On July 22, 2023, Plaintiff Wendy Tolmac ("Plaintiff") filed a complaint in the above-captioned matter alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ECF No. 1. On February 5, 2024, Plaintiff filed a notice of voluntary dismissal with prejudice of her claims as to Defendant Experian Information Solutions, Inc. ("Experian"). ECF No. 32. Experian has not filed an answer or a dispositive motion. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court will adopt the notice of voluntary dismissal.

Accordingly,

**IT IS ORDERED** that Plaintiff Wendy Tolmac's notice of voluntary dismissal of her claims as to Defendant Experian Information Solutions, Inc., ECF No. 32, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's claims as to Defendant Experian Information Solutions, Inc. be and the same are hereby **DISMISSED with prejudice**; and

**IT IS FURTHER ORDERED** that Defendant Experian Information Solutions, Inc. be and the same is hereby **DISMISSED** from this action.

Dated at Milwaukee, Wisconsin, this 6th day of February, 2024.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge